IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RYAN SMITH**                                                                                                              **PLAINTIFF**
**ADC #179870**

**V.**                                         **NO. 4:25-cv-00628-JM**

**DOE**                                                                                                             **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Smith's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the June 24, 2025 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 18th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE